FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 OCT 19 PM 5:09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

DAVID ANGELUCCI and
KATHLEEN ANN ANGELUCCI, his wife,

    Plaintiffs,

Case No.: 3:08-cv-660-J-20MCR

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a foreign corporation,

    Defendant.
_____/

## ORDER

This cause is before this Court on Plaintiffs' Motion in Limine No. 2 (Doc. 106, filed September 29, 2011) and Motion in Limine Regarding Collateral Source Payments (Doc. 109, filed October 6, 2011); Defendant's respective responses thereto (Doc. 113 filed October 11, 2011; Doc. 119, filed October 17, 2011); and Plaintiffs' Unopposed Motion for Leave of Court to Bring Cellular telephones and Laptop Computers Into Courthouse for Trial Purposes (Doc. 117, filed October 17, 2011).

It is **ORDERED**:

1. Plaintiffs' Motion in Limine No. 2 (Doc. 106, filed September 29, 2011) is **DENIED**;

2. Plaintiffs' Motion in Limine Regarding Collateral Source Payments (Doc. 109, filed October 6, 2011) is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** to the extent Defendant is precluded from introducing evidence regarding the amount of any payments or benefits received due to Plaintiff David Angelucci's 2002 motor vehicle accident. In all other respects, the Motion is **DENIED**;

3. Plaintiffs' Unopposed Motion for Leave of Court to Bring Cellular Telephones and Laptop Computers Into Courthouse for Trial Purposes (Doc. 117, filed October 17, 2011) is **GRANTED** and Plaintiffs' counsel shall be permitted to bring two (2) laptop computers and three (3) cell phones into the courthouse during the trial commencing Monday, November 14, 2011;

4. Cell phones shall remain off, not merely on a vibrate or airplane mode, when in court; and

5. Laptops shall be configured so that they cannot broadcast or record any of the proceedings.

**DONE AND ENTERED** at Jacksonville, Florida, this 19 day of October, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Rodney S. Margol, Esq.
William A. Bald, Esq.
Angela C. Flowers, Esq.
Fraz Ahmed, Esq.
Stuart Clark Poage, Esq.