UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION    2011 NOV 10 AM 9:01

DAVID ANGELUCCI,

Plaintiff,                              Case No.: 3:08-cv-660-J-20MCR

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a foreign corporation,

Defendant.
_____/

## ORDER

This cause is before this Court on Plaintiff's Motion in Limine (Doc. 123); Defendant's Motion in Limine to Strike Any Reference to Attempted 2011 Video Surveillance (Doc. 129); Defendant's Motion in Limine to Strike Biomechanical/Bioengineering Opinions of Plaintiff's Expert Dr. Richard Boehme (Doc. 130); Defendant's Motion in Limine to Strike the Testimony of Dr. Ben J. Garrido and Dr. Mark A. Goodson (Doc. 131); Defendant's Motion in Limine to Exclude Any Use, Evidence, Reference, or Testimony of an August 18, 2003 Cervical Spine CT Scan (Doc. 132); Defendant's Motion in Limine to Strike Admissibility and Use of Plaintiff's Computer Accident Reconstruction Animation Video Regarding the Subject Accident Prepared by Plaintiff's Experts, James Trotier and Jeff Davis and Motion to Strike Their Testimonies (Doc. 133); and the parties' respective responses thereto (Docs. 128, 135, and 136). Counsel presented argument on the motions at the final pretrial conference, held on October 8, 2011.

It is **ORDERED**:

1. Plaintiff's Motion in Limine (Doc. 123) is **DENIED**;

2. Defendant's Motion in Limine to Strike Any Reference to Attempted 2011 Video Surveillance (Doc. 129) is **GRANTED**;

3. Defendant's Motion in Limine to Strike Biomechanical/Bioengineering Opinions of Plaintiff's Expert Dr. Richard Boehme (Doc. 130) is deemed **WITHDRAWN**, pursuant to counsel's representations at the final pretrial conference;

4. Defendant's Motion in Limine to Strike the Testimony of Dr. Ben J. Garrido and Dr. Mark A. Goodson (Doc. 131) is **GRANTED in part and DENIED in part.** The motion is **DENIED as MOOT** as to Dr. Goodson, since Plaintiff has advised the Court that he will only utilize this physician as a treating physician and not as an expert witness. The motion is **GRANTED** as to Dr. Garrido, since it appears to this Court, having reviewed his deposition, that the dictates of Rule 26, Federal Rules of Civil Procedure, have not been followed with respect to Defense counsel not being supplied all of the information that Rule 26 requires to be disclosed prior to the delayed cross examination taking place. The information was not supplied in the direct examination portion of the deposition, nor in supplemental material disclosed prior to the cross examination. While Plaintiff may utilize Dr. Garrido as a treating physician, he may not introduce him as an expert witness;

5. Defendant's Motion in Limine to Exclude Any Use, Evidence, Reference, or Testimony of an August 18, 2003 Cervical Spine CT Scan (Doc. 132) is deemed **WITHDRAWN**, pursuant to Defendant's Notice of Withdrawal (Doc. 138); and

6. Defendant's Motion in Limine to Strike Admissibility and Use of Plaintiff's Computer Accident Reconstruction Animation Video Regarding the Subject Accident Prepared by Plaintiff's Experts, James Trotier and Jeff Davis, and Motion to Strike Their Testimonies (Doc.

133) is **TAKEN UNDER ADVISEMENT**. This Court will make its ruling at the time the evidence is presented at trial. However, Plaintiff is cautioned to advise the Court outside the presence of the jury before proceeding to utilize or introduce the video animation, because it may be necessary for the Court to review the video in order to rule on the admissibility of its contents. It was also represented to the Court that Trotier and Davis would not be testifying as experts.

**DONE AND ENTERED** at Jacksonville, Florida, this _9th_ day of November, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Rodney S. Margol, Esq.
William A. Bald, Esq.
Angela C. Flowers, Esq.
Fraz Ahmed, Esq.
Stuart Clark Poage, Esq.