FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2011 DEC 14 AM 10: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

DAVID ANGELUCCI,

    Plaintiff,

v.

Case No.: 3:08-cv-660-J-20MCR

GOVERNMENT EMPLOYEES INSURANCE COMPANY, a foreign corporation,

    Defendant.

_____/

## ORDER

This cause is before this Court on Plaintiff's Motion for Order Requiring Defendant GEICO to Preserve Evidence (Doc. 158, November 22, 2011). In the instant motion, Plaintiff requests that this Court require Defendant to preserve any and all videotape surveillance conducted of Plaintiff, pending Plaintiff's appeal of this action. Defendant has failed to file a response, and the time for doing so has passed.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Order Requiring Defendant GEICO to Preserve Evidence (Doc. 158, November 22, 2011) is **GRANTED**;

2. Defendant shall preserve any and all videotape surveillance conducted of Plaintiff, pending Plaintiff's appeal of this action; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of December, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Rodney S. Margol, Esq.
William A. Bald, Esq.
Angela C. Flowers, Esq.
Fraz Ahmed, Esq.
Stuart Clark Poage, Esq.